ACCEPTED
01-17-00716-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 4:25 PM
CHRISTOPHER PRINE
CLERK

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing 01-17-00716-CV
APPEAL BRIEF  is served on the following parties:

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 4:25:24 PM
E-Filed with CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Austin County's Attorney: <br> Leslie M. Schkade, For <br> PerdueBrandonFielderCollins&Mott, LLP <br> 1236 North Loop West, Suite 600 <br> Houston, Texas 77008 <br> USPS Certified Mail NO. 7006 3450 0000 2989 9284 <br><br> Counsel for CenterPoint Energy is unknown to the Court | |

By:   Larkins -Ruby, Jennifer Ann
Without recourse, without prejudice,
*as the   surety for the DEFENDANT*:
JENNIFER LARKINS RUBY
As:   Assignee, Grantee, Grantor-Settlor, Beneficiary
For:   RR693924673US-003.2 Land Trust
C/O  General Post
Sealy, Texas
*Without* the United States
Email:  list@rubysemporium.org
Telephone: 713•204•3637